WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PETER J. GUTOWSKI
WAYNE D. MEEHAN*
DON P. MURNANE, JR.ᐃ
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*ᐃ
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIAoᐃ
JUSTIN T. NASTRO*
MANUEL A. MOLINA
DANIEL J. FITZGERALD*†ᐃ
BARBARA G. CARNEVALE*
ERIC J. MATHESON*
MICHAEL D. TUCKER*◊
RYAN BYRNES*
WILLIAM H. YOST*
J. TANNER HONEA*ʌ
YAAKOV U. ADLER
MICHAEL J. DEHART
ADAM DEITZ†
MATTHEW J. PALLAY*

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
ᐃ ALSO ADMITTED IN WASHINGTON, D.C.
o ALSO ADMITTED IN LOUISIANA
◊ ALSO ADMITTED IN PENNSYLVANIA
ʌ ALSO ADMITTED IN TEXAS

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

May 22, 2019

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
246 MARGHERITA LAWN
STRATFORD, CT 06615
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

OF COUNSEL
GEORGE B. FREEHILL
PATRICK J. BONNER*
MARK F. MULLER
HILARY K. JONCZAK‡

‡ ADMITTED IN FLORIDA ONLY. PRACTICE LIMITED TO FEDERAL ADMINISTRATIVE LAW

Our Ref: 142-17/GMV

**<u>Via ECF</u>**
The Honorable Esther Salas
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Room 4015
Newark, New Jersey 07101

  **Re:** Goltens Singapore Pte. Ltd. v. Entrac Inc.
     Civ. No. 2:19-cv-08437 (ES) (CLW)

Dear Judge Salas:

  We represent Plaintiff Goltens Singapore Pte. Ltd. (hereinafter "Goltens") in the above referenced matter. We are in receipt of Plaintiff's May 21, 2019 letter requesting a denial of Golten's Summary Judgment motion to allow unspecified discovery to proceed in this enforcement action or, in the alternative, the setting of a briefing schedule for Golten's motion. At this time, we respectfully request the setting of a briefing schedule for Golten's motion. Respectfully, there are only a few discrete defenses associated with the Foreign Country Money-Judgments Recognition Act. *See* N.J.S.A. §2A:49A-20. To the extent that any of these defenses are available to Defendant, which is denied, discovery will not assist Defendant in defeating summary judgment insofar as Defendant not only participated in the Singaporean action, but actually filed a counterclaim against Goltens. (Docket No. 16 at ¶ 11.) Alternatively, if Your Honor is so inclined to consider allowing discovery to proceed, we respectfully request a conference to discuss the scope and timeframe of same.

505894.1

The Hon. Esther Salas
Page 2

      We thank the Court for considering the foregoing and for the courtesies extended.

                            Respectfully submitted,
                            FREEHILL HOGAN & MAHAR, LLP

                            Michael D. Tucker

Cc:    **Via ECF**
        Mr. Black C. Width, Esq.
        LINDABURY, MCCORMICK, ESTABROOK & COOPER
        53 Cardinal Drive
        P.O. Box 2369
        Westfield, New Jersey 07091
        *Attorneys for Defendant*

505894.1