WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PETER J. GUTOWSKI
WAYNE D. MEEHAN*
DON P. MURNANE, JR.^
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*^
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA°^
JUSTIN T. NASTRO*
MANUEL A. MOLINA
DANIEL J. FITZGERALD*†^
BARBARA G. CARNEVALE*
ERIC J. MATHESON*
MICHAEL D. TUCKER*◊
RYAN BYRNES*
WILLIAM H. YOST*
J. TANNER HONEA*^
YAAKOV U. ADLER
MICHAEL J. DEHART
ADAM DEITZ†
MATTHEW J. PALLAY*
CODY KING

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
^ ALSO ADMITTED IN WASHINGTON, D.C.
° ALSO ADMITTED IN LOUISIANA
◊ ALSO ADMITTED IN PENNSYLVANIA
^ ALSO ADMITTED IN TEXAS

LAW OFFICES OF
**FREEHILL HOGAN & MAHAR LLP**
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

November 15, 2019

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
246 MARGHERITA LAWN
STRATFORD, CT 06615
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

OF COUNSEL
GEORGE B. FREEHILL
PATRICK J. BONNER*
MARK F. MULLER
HILARY K. JONCZAK‡

‡ ADMITTED IN FLORIDA ONLY. PRACTICE
LIMITED TO FEDERAL ADMINISTRATIVE LAW

Our Ref: 142-17/GMV

**Via ECF**
The Honorable Cathy L. Waldor
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:   Goltens Singapore Pte. Ltd. v. Entrac Inc.
      Civ. No. 2:19-cv-08437 (ES) (CLW)

Dear Judge Waldor:

We represent Plaintiff Goltens Singapore Pte. Ltd. in the above referenced matter. This matter is currently scheduled for an in-person status conference on November 26, 2019 at 2:00 p.m. We write today to request an adjournment of same. The basis for this request is that, following the October 10, 2019 conference, per your direction, we sent a Rule 30(b)(6) Notice of Deposition to Defendant Entrac. Unfortunately, the person with the most knowledge of the subjects detailed in the notice will be traveling out of the country on the date of the noticed deposition. Notwithstanding same, the parties have agreed that the deposition will proceed on December 5, 2019 at 10:00 a.m.

Based on the foregoing, the parties jointly request an adjournment of the November 26, 2019 status conference to a time after the Rule 30(b)(6) deposition is conducted, *i.e.*, any date after December 5, 2019.

We thank the Court for considering the foregoing and for the courtesies extended.

515621.1

The Hon. Cathy L. Waldor
Page 2

Respectfully submitted,
FREEHILL HOGAN & MAHAR, LLP

Michael D. Tucker

Cc: **Via ECF**
Mr. Black C. Width, Esq.
LINDABURY, MCCORMICK, ESTABROOK & COOPER
53 Cardinal Drive
P.O. Box 2369
Westfield, New Jersey 07091
*Attorneys for Defendant*

515621.1

FREEHILL, HOGAN & MAHAR LLP