# LINDABURY
## McCormick, Estabrook & Cooper, P.C.
### Attorneys at Law

BLAKE C. WIDTH
bwidth@lindabury.com

December 21, 2020

*Via CM/ECF*
Hon. Esther Salas, U.S.D.J.
United States District Court
Martin Luther King, Jr. Federal
Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    Goltens Singapore Pte. Ltd. V. Entrac Inc.
              Civil Action No. 2:19-CV-08437(ES)(CLW)

Dear Judge Salas:

    As we trust that Your Honor's file reflects, we are counsel to the Defendant, Entrac, Inc., ("Entrac") in this matter. In that regard, we write in response to the correspondence filed by counsel for Plaintiff, Goltens Singapore Pte. Ltd. ("Goltens") on Saturday, December 19, 2020, requesting leave to file a motion for summary judgment (D.E. No. 35).

    Entrac does not believe this matter is ripe for summary judgment. The Foreign Country Money-Judgments Recognition Act of 2015, N.J.S.A § 2A:49A-16.1 *et seq.*, provides, *inter alia*, that a court of may determine, in its discretion, not to recognize a foreign-country judgment if the defendant did not have sufficient time to defend the foreign action, the judgment is repugnant to the public policy of this State or of the United States, the foreign proceeding was contrary to an agreement between the parties to determine the suit otherwise than by proceedings in the foreign court, or that the foreign court was a seriously inconvenient forum. N.J.S.A § 2A:49A-16.4 (1), (3), (5), and (6). Entrac believes that the deposition testimony of Naren Doshi supports these defenses to the domestication of the foreign-country judgment in this matter, and, at the very least, raises issues of disputed material fact. In addition, at the time of entry of the foreign judgment, Entrac was unrepresented by Singapore counsel, indicating a lack of fundamental fairness warranting a shifting of the burden of proof. *Kam–Tech Sys. Ltd. v. Yardeni*, 774 A.2d 644, 649–50 (N.J.App.Div.2001).

    Entrac also believes that further settlement discussions may prove fruitful. The pandemic has had a deleterious effect on Entrac's business operations, and the recent gas explosion at a property neighboring Entrac's property on December 2, 2019, caused substantial damage to its property and has delayed all operations, including litigation matters.

    There is presently a status conference set for January 20, 2020, in this matter, and Entrac respectfully requests that Goltens' request for leave to proceed with filing a motion for summary judgment not be granted until that conference is held.

www.lindabury.com

53 CARDINAL DRIVE | P.O. BOX 2369 | WESTFIELD, NJ 07091-2369 | (908) 233-6800 | FAX (908) 233-5078
SUMMIT, NJ | RED BANK, NJ | NEW YORK, NY | PHILADELPHIA, PA

Thank you for Your Honor's consideration of this letter.

Respectfully submitted,

LINDABURY, McCORMICK, ESTABROOK & COOPER, P.C.

Blake C. Width

cc: Michael D. Tucker, Esq. (via ECF)