WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PETER J. GUTOWSKI
WAYNE D. MEEHAN*
DON P. MURNANE, JR.⸹
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*⸹
WILLIAM J. PALLAS*
GINA M. VENEZIA°⸹
JUSTIN T. NASTRO*
MANUEL A. MOLINA
DANIEL J. FITZGERALD*†⸹
BARBARA G. CARNEVALE*
ERIC J. MATHESON*
MICHAEL D. TUCKER*◊
RYAN BYRNES*
WILLIAM H. YOST*
J. TANNER HONEA*^
YAAKOV U. ADLER
MICHAEL J. DEHART
KATIE O'BRIEN
MATTHEW J. PALLAY*
CODY KING

\* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
⸹ ALSO ADMITTED IN WASHINGTON, D.C.
° ALSO ADMITTED IN LOUISIANA
◊ ALSO ADMITTED IN PENNSYLVANIA
^ ALSO ADMITTED IN TEXAS

**LAW OFFICES OF**
**FREEHILL HOGAN & MAHAR LLP**
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

April 13, 2021

NEW JERSEY OFFICE
103 EISENHOWER PARKWAY, SUITE 400
ROSELAND, N.J. 07068
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
246 MARGHERITA LAWN
STRATFORD, CT 06615
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

OF COUNSEL
GEORGE B. FREEHILL
PATRICK J. BONNER*
MARK F. MULLER
HILARY K. JONCZAK‡

‡ ADMITTED IN FLORIDA ONLY. PRACTICE
LIMITED TO FEDERAL ADMINISTRATIVE LAW

Our Ref: 142-17/GMV

**<u>Via ECF</u>**

The Honorable Cathy L. Waldor
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re:**   Goltens Singapore Pte. Ltd. v. Entrac Inc.
    Civ. No. 2:19-cv-08437 (ES) (CLW)

Dear Judge Waldor:

We represent Plaintiff Goltens Singapore Pte. Ltd. (hereinafter "Goltens") in the above referenced matter. In accordance with the Court's Order, dated February 11, 2021, the parties have been unable to complete settlement and hereby, jointly, respectfully request an extension of time until Monday, April 19, 2021 to accomplish same.

Goltens hereby further respectfully requests that, if the parties are unable to effectuate settlement on or before April 19, 2021, that it be granted permission to file a motion for summary judgment, as previously requested.

We thank the Court for considering the foregoing and for the courtesies extended.

545321.1

The Hon. Cathy L. Waldor
Page 2

                                                  Respectfully submitted,
                                                  FREEHILL HOGAN & MAHAR, LLP

                                                  Michael D. Tucker

Cc:    **Via ECF**
       Mr. Black C. Width, Esq.
       LINDABURY, MCCORMICK, ESTABROOK & COOPER
       53 Cardinal Drive
       P.O. Box 2369
       Westfield, New Jersey 07091
       *Attorneys for Defendant*